UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY WATKINS, | CASE NO. C10-1351-JCC |
| Plaintiff, | ORDER |
| v. | |
| SGT. BUSS, *et al.*, | |
| Defendant. | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

1) The Court adopts the Report and Recommendation (Dkt. No. 41);

2) Defendants' unopposed motion for summary judgment (Dkt. No. 34) is GRANTED, and this case is DISMISSED with prejudice as to Plaintiff's federal constitutional claims;

3) Plaintiff's state claim claims are DISMISSED without prejudice for want of jurisdiction; and

1        4)  The Clerk is directed to send copies of this Order to Plaintiff and to Judge Theiler.

2        DATED this 29th day of June 2011.

3

4

5

6

7

8                       John C. Coughenour

9                       UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
PAGE - 2